S.D.N.Y.—W.P.
24-cv-4485
Seibel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-five.

Present:
>Guido Calabresi,
>Barrington D. Parker,
>William J. Nardini,
>>*Circuit Judges*.

Parents Defending Education,

>*Plaintiff-Appellant*,

v.      24-1900

Croton-Harmon Union Free School District, et al.,

>*Defendants-Appellees*.

Appellant moves for summary affirmance. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. *See Aguayo v. Richardson*, 473 F.2d 1090, 1099 (2d Cir. 1973); *see also United States v. Davis*, 598 F.3d 10, 13 (2d Cir. 2010).

>FOR THE COURT:
>Catherine O'Hagan Wolfe, Clerk of Court